

ORDERED in the Southern District of Florida on January 7, 2026.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Christie Marie Espinosa              Case No.: 25-22081-LMI
                                                Chapter 7
            Debtor            /

### ORDER APPROVING *EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT

THIS CAUSE came before the Court upon Debtor's *Ex-Parte* Motion to Enlarge the Time to file a Reaffirmation Agreement [ECF#22]. The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

**ORDERED** that the Motion is GRANTED. The time within which the Debtor may file a reaffirmation agreement is extended through **February 9, 2026,** and the Clerk shall not issue a discharge before said date.

###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.